People of the State of Illinois ex rel. Virginia Bondy, Appellee, v. Walter Morey, Appellant.

Gen. No. 42,091.

Heard in third division, first district, this court at December term, 1941; opinion filed June 24, 1942. Marshal I. McMahon and Kart & Sassan, for appellant; John J. Sassan, of counsel; Thomas J. Courtney, State's Attorney, and L. Sheldon Brown, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''